

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2019
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: MJ 19-2447 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Paul Anthony Vasquez, | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern Dist. Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ( ) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on insufficient bail resources, apparent prior failure

to appear, possible substance abuse and mental health issues, allegations of the violation petition, including unauthorized travel + failure to report ~~address~~ contact with law enforcement, and untruthful statements to probation officer

and/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: apparent ongoing substance abuse and mental health issues, criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 14, 2019

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE